# United States District Court
## Violation Notice

**CVB Location Code:** U34

**Violation Number:** FBLJ005B
**Officer Name:** Butler
**Officer No.:** 2417

FBLJ005B

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 11/06/2021 15:06
**Offense Charged:** FED 36 CFR 261.10F

**Place of Offense:** FR029 ABOVE 3 FORKS TH

**Offense Description: Factual Basis for Charge**
HAZMAT ☐
PLACING A VEHICLE IN A MANNER THAT IS AN IMPEDIMENT OR HAZARD TO THE SAFETY OR CONVENIENCE OF ANY PERSON

### DEFENDANT INFORMATION
**Phone:**

**Last Name:** STRONG
**First Name:** MELANIE
**M.I.:**

**Street Address:**

**City:** | **State:** | **Zip Code:** | **Date of Birth (mm/dd/yyyy):**

**Drivers License No.:** | **CDL:** ☐ | **D.L. State:** | **Social Security No.:**

Adult ☐  Juvenile ☐  Sex  M ☐  F ☐
Race | Hair | Eyes | Height | Weight

### VEHICLE
**VIN:** 1FDAW56P86EC68371   **CMV:** ☐

**Tag No.:** 8M4MB
**State:** UT
**Year:** 2006
**Make/Model:** FORD/
**PASS:** ☐
**Color:** WHI

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [X] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

$ 100.00   Forfeiture Amount
$ 30.00    Processing Fee
**PAY THIS AMOUNT**   $ 130.00   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBLJ005B

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/06/2021 while exercising my duties as a law enforcement officer in the _____ District of _____

Pursuant to 16 USC 551 / 36 CFR 261.10(f) Placing a vehicle or other object in such a manner that it is an impediment or hazard to the safety or convenience of any person: On November 6, 2021, at approximately 1505 while performing my duties as a Law Enforcement Officer on the Spanish Fork Ranger District of the Uinta-Wasatch-Cache National Forest, I, Officer Butler, was on patrol in a marked law enforcement vehicle on Forest Road 029 near the Three Forks Trailhead. At this time, I observed an unattended white Ford (8M4MB / UT) parked with half the vehicle in the roadway which created a safety hazard. Parking in this manner creates a bottleneck effect that only allowed for one lane of travel. I issued a violation notice to the registered owner MELANIE STRONG identified by a DMV record check, for 36 CFR 261.10(f) placing a vehicle or other object in such a manner that it is a hazard to the safety of any person or an inconvenience. The violation notice was left on the driver's side front windshield of the vehicle.

The foregoing statement is based upon:

☒ MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/06/2021
Date (mm/dd/yyyy)    Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident